CHARLES R. GREBING, ESQ./BAR NO. 047927
ERIC R. DEITZ, ESQ./BAR NO. 222565
ANDREW A. SERVAIS, ESQ./BAR NO. 239891
**WINGERT GREBING BRUBAKER & GOODWIN LLP**
One America Plaza, Seventh Floor
600 West Broadway
San Diego, California 92101-3370
(619) 232-8151 / Fax (619) 232-4665

Attorneys for Defendant LESA CHRISTENSON

FILED
2007 AUG 14 AM 9:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY K. RAVET, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOLOMON, WARD, SEIDENWURM & SMITH, LLP, A California limited liability company; ASHWORTH, BLANCHET, CHRISTENSON & KALEMKIRIAN, LLC., a California limited liability company; PAUL METSCH, an individual; EDWARD McINTYRE, an individual; LESA CHRISTENSON, an individual; MARC O. STERN, an individual; MERYL ZINN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07CV 0031 JM CAB<br><br>**JOINT MOTION RE EXTENSION OF TIME FOR DEFENDANT LESA CHRISTENSON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: TBA<br>Time: TBA<br>Courtroom: 16<br>Judge: Hon. Jeffrey T. Miller |

Plaintiff, Gary K. Ravet, in pro per, and Defendant, Lesa Christenson, by and through her attorneys of record, Wingert Grebing Brubaker & Goodwin LLP, by Charles R. Grebing, pursuant to

///
///
///
///
///
///

1

JOINT MOTION RE EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT - Case No. 07CV 0031 JM CAB          Doc#: 481152.1

Dockets.Justia.com

1 | Local Rule 5.7, hereby stipulate that Defendant has up to and including September 14, 2007 to file
2 | her responsive pleading to plaintiff's First Amended Complaint in this matter.

DATED: August 9, 2007

_____
Plaintiff Gary K. Ravet

Dated: August 9, 2007

WINGERT GREBING BRUBAKER & GOODWIN LLP

By: /s/ Charles R. Grebing
    Charles R. Grebing, Esq.
    Eric R. Deitz, Esq.
    Andrew A. Servais, Esq.
    Attorneys for Defendant LESA CHRISTENSON

IT IS SO ORDERED
DATED 8/9/07

_____
UNITED STATES DISTRICT JUDGE

2

JOINT MOTION RE EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT - Case No. 07CV 0031 JM CAB    Doc#: 481152.1