# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY K. RAVET, an individual, <br><br>   Plaintiff,<br>vs.<br><br>SOLOMON WARD SEIDENWURM & SMITH, LLP, A California limited liability company; ASHWORTH, BLANCHET, CHRISTENSON, & KALEMKIARIAN, LLC., a California limited liability company; PAUL METSCH, an individual; EDWARD McINTYRE, an individual; LESA CHRISTENSON, an individual; MARC O. STERN, an individual; JOEL WOHLFEIL, an individual; MERYL ZENN, an individual; and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO. 07 CV 0031 JM (CAB)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE**<br><br>**(Docket No. 88)** |

On October 9, 2007, Plaintiff filed an ex parte application for a continuance. Plaintiff's request is hereby **DENIED** without prejudice, as a result of Plaintiff's failure to substantiate his request by setting forth the particulars concerning his other commitments. Should Plaintiff immediately advise the court as to his particular involvement in "preparation for a trial scheduled to commence on November 5, 2007, including participating in several out-of-state depositions" (Ex Parte Appl. at 2),

//

//

- 1 -

and should it appear that a short continuance is justified, the court would consider the request upon such a showing.

**IT IS SO ORDERED.**

**DATED: October 10, 2007**

_____
**Hon. Jeffrey T. Miller
United States District Judge**

CC:		All parties