# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY K. RAVET, an individual,<br><br>                          Plaintiff,<br>vs.<br><br>SOLOMON WARD SEIDENWURM & SMITH, LLP, A California limited liability company; ASHWORTH, BLANCHET, CHRISTENSON, & KALEMKIARIAN, LLC., a California limited liability company; PAUL METSCH, an individual; EDWARD McINTYRE, an individual; LESA CHRISTENSON, an individual; MARC O. STERN, an individual; JOEL WOHLFEIL, an individual; MERYL ZENN, an individual; and DOES 1 through 100, inclusive,<br><br>                          Defendants. | CASE NO. 07 CV 0031 JM (CAB)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF MOTION FOR SANCTIONS**<br><br>**(Docket No. 117)** |

On November 21, 2007, Plaintiff filed an ex parte application for a continuance of his motion for sanctions. The court will decide the motion for sanctions (see Docket no. 104) and the motion to set aside default (see Docket no. 106) without oral argument. Therefore, in the interest of justice and for lack of good cause shown, Plaintiff's request is hereby **DENIED**.

**IT IS SO ORDERED.**

**DATED: November 30, 2007**

                                                                                    */s/ Jeffrey T. Miller*
                                                             **Hon. Jeffrey T. Miller**
                                                              **United States District Judge**